In the Matter of the Estate of PATRICK MCREYNOLDS.
DENNIS MCREYNOLDS et al., Appellants; RONALD
MCREYNOLDS et al., Respondents.

(Submitted February 27, 1933; decided March 7, 1933.)

*John J. Hyland* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.